**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CARLS PIERRE DESCALZI VILCA, et al.,

                              Plaintiffs,

                    -against-

TERRANCE LAMONTE NELSON, et al.,

                             Defendants.

-----------------------------------------------------------------X

25-CV-10759 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to meet and confer and complete a Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **February 13, 2026**. Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **February 13, 2026**.

Defendants state that they have learned that Defendant Nelson "has passed away and it is unclear whether an administrator has been appointed." ECF No. 1 at ¶ 12. Defendants are directed to file a motion to substitute pursuant to Federal Rule of Civil Procedure 25(a)(1) by **February 13, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
              January 5, 2026

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge