**T&H  THOMAS, THOMAS & HAFER LLP**
— Attorneys At Law —

> **MEMO ENDORSED**
>
> _[signature]_
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> **Dated: February 12, 2026**
>
> The extension request is GRANTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 6.

United State District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007
Honorable Valerie Figueredo

> **RE:  Carls Pierre Descalzi Vilca and Ashly Burga Rodriguez and Terrance Lamonte Nelson and Krichmar Produce Co., Inc.**
> **Docket No. 25-cv-10759**

Dear Your Honor:

Our office represents Defendant, Krichmar Produce Co., Inc. in the above referenced matter. Please accept the following as Defendant's request for an extension of time to file a Motion to Substitute pursuant to Federal Rule 25(a)(1) from February 13, 2026, to March 5, 2026, on behalf of Defendant, Terrance Lamonte Nelson. We are currently working through Krichmar to obtain contact information for Mr. Nelson's family and to determine whether an administrator will be appointed and whether an estate will be established on Mr. Nelson's behalf. Given the sensitive nature, we respectfully request additional time to file the motion.

Of note, we are working with Plaintiff's counsel to timely submit a joint proposed scheduling order by February 13, 2026.

We thank Your Honor for your consideration to this matter.

Respectfully submitted,
**THOMAS, THOMAS & HAFER, LLP**

_Meagan Gabriel_

By: _____
Meagan M. Gabriel, Esq.

MMG/kib/9497074.1
cc:     Counsel of Record