**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

CARLS PIERRE DESCALZI VILCA, et al.,

                       Plaintiffs,

           -against-

TERRANCE LAMONTE NELSON, et al.,

                   Defendants.

----------------------------------------------------------------X

                                 25-CV-10759 (VSB) (VF)

                                    **ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference in this case to discuss the filing at ECF No. 10 is hereby scheduled for

**Thursday, April 16, 2026 at 11:30 a.m.** Counsel for the parties are directed to call Judge

Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [706**

**247 882#].**

      **SO ORDERED.**

DATED:    New York, New York
            March 6, 2026

                                   _____

                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge