**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CARLS PIERRE DESCALZI VILCA, et al.,

                        Plaintiffs,

        -against-

TERRANCE LAMONTE NELSON, et al.,

                       Defendants.

-----------------------------------------------------------------X

25-CV-10759 (VSB) (VF)

**ORDER RESCHEDULING**
**SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Due to a scheduling conflict, the settlement conference in this matter that was rescheduled for June 22, 2026 is hereby rescheduled to **Monday, July 6, 2026, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **June 29, 2026**.

       **SO ORDERED.**

DATED:     New York, New York
            May 27, 2026

                           _____
                           VALERIE FIGUEREDO
                           United States Magistrate Judge